UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JUDY BLAIR, | ) |
| Plaintiff, | ) |
| vs. | ) No. 2:04cv102 SNL/TIA |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

The review and recommendation of United States Magistrate Judge Terry I. Adelman (#12), filed February 7, 2006, is before the Court. Neither party has responded. After review of the file, it appears that the recommendation should be adopted.

Accordingly,

**IT IS HEREBY ORDERED** that the review and recommendation of United States Magistrate Judge Terry I. Adelman is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that this cause of action be and is hereby **REMANDED**, to the Commissioner for further proceedings consistent with the Magistrate Judge's report and recommendation. The Court does not retain jurisdiction of this matter.

Dated this 23rd day of February, 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE